**DISMISS and Opinion Filed July 18, 2024**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00717-CV

## IN THE INTEREST OF J.A.C., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-23-03532**

## MEMORANDUM OPINION

Before Chief Justice Burns and Justices Molberg and Nowell
Opinion by Justice Nowell

On March 8, 2024, we notified appellant, who is proceeding pro se, that his brief failed to comply with rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. We listed numerous defects in the brief, including that it did not contain proper citations either to the record or to authorities. We instructed appellant to file an amended brief correcting the deficiencies within ten days. We later extended the time to file his amended brief. On May 6, 2024, appellant filed an amended brief addressing some of the deficiencies, but not all. Like appellant's initial brief, appellant's amended brief does not contain any citations to the record. We are not responsible for searching the record for facts that may be favorable to a

party's position.  *Bolling v. Farmers Branch Indep. Sch. Dist*., 315 S.W.3d 893, 895 (Tex. App—Dallas 201, no pet.)(citing *Fredonia State Bank v. Gen. Am. Life Ins. Co.*, 881 S.W.2d 279, 283–284 (Tex. 1994)).

The purpose of an appellant's brief is to acquaint the Court with the issues in a case and to present argument that will enable us to decide the case.  *See* TEX. R. APP. P. 38.9.  The right to appellate review extends only to complaints made in accordance with our rules of appellate procedure, which require an appellant to concisely articulate the issues we are asked to decide, to make clear, concise, and specific arguments in support of appellant's position, to cite appropriate authorities, and to specify the pages in the record where each alleged error can be found.  *See* Tex. R. App. P. 38.1; *Lee v. Abbott*, No. 05-18-01185-CV, 2019 WL 1970521, at *1 (Tex. App—Dallas May 3, 2019, no pet.) (mem. op.); *Bolling,* 315 S.W.3d at 895.

Even liberally construing appellant's amended brief, we conclude that it is wholly inadequate to present any questions for appellate review and is in flagrant violation of rule 38.1.  *See* Tex. R. App. P. 38.1; *Bolling*, 315 S.W.3d at 895.  Further, although directed to correct all deficiencies, appellant has failed to do so.

Under these circumstances, we strike appellant's amended brief and dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.9(a); 42.3(b),(c).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

230717F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF J.A.C., A
CHILD

No. 05-23-00717-CV

On Appeal from the 255th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-23-03532.
Opinion delivered by Justice Nowell.
Chief Justice Burns and Justice
Molberg participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered July 18, 2024